# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARMEN FLORES CASTRO, | Case No. 2:18-cv-01739-GMN-CWH |
| Petitioner, | |
| v. | **ORDER SETTING CASE-MANAGEMENT CONFERENCE** |
| BERTHA HERNANDEZ RENTERIA, | |
| Respondent. | |

Petitioner Carmen Flores Castro seeks the return of her eight-year-old sister Z.F.M.Z., over whom she allegedly has sole legal and physical custody, to Mexico under the 1980 Hague Convention on Civil Aspects of International Child Abduction ("Hague Convention"). The Hague Convention requires the expeditious handling of proceedings for the return of minor children. Accordingly, the court will set a case-management conference for Wednesday, September 26, 2018, at 9:00 a.m. At the case-management conference, the parties should be prepared to discuss the following topics:

- Z.F.M.Z.'s current location and living situation;
- whether a discovery plan should be adopted;
- the substantive issues likely to be raised at the evidentiary hearing;
- how the parties intend to present evidence (e.g., by telephone, declaration or affidavits, or live testimony);
- the parties' availability for an evidentiary hearing; and
- potential arrangements for petitioner and/or her attorney to visit Z.F.M.Z. pending the court's final disposition of this case.

1    IT IS THEREFORE ORDERED that a case-management conference is set for Wednesday, September 26, 2018, at 9:00 a.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS FURTHER ORDERED that respondent Bertha Hernandez Renteria must attend the case-management conference in person and may also have an attorney and an interpreter appear with her. She must provide her own attorney and interpreter for the case-management conference. If she is unable to afford an attorney, she may wish to contact an organization such as the Legal Aid Center of Southern Nevada (702-386-1070), Nevada Legal Services (702-386-0404), or the State Bar of Nevada Lawyer Referral and Information Service (702-382-0504).

IT IS FURTHER ORDERED that the clerk of court must mail a copy of this order to respondent at the address listed on the court's docket sheet.

IT IS FURTHER ORDERED that petitioner must serve a copy of this order on respondent and file proof of that service by 5:00 p.m. on September 24, 2018.

DATED: September 21, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE