**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

CARMEN FLORES CASTRO,

        Petitioner,

v.

BERTHA HERNANDEZ RENTERIA,

        Respondent.

Case No. 2:18-cv-01739-GMN-CWH

**SCHEDULING ORDER AND VISITATION ORDER**

At the case-management conference on September 26, 2018, the court set various expedited deadlines for this case and ordered visitation as follows:

- Discovery.  By October 11, 2018, the parties must exchange documents they intend to introduce in support of petitioner's case in chief for return of the child and respondent's defenses to the petition for return, respectively.  The parties are advised that any documents they submit to the court must be translated into the English language.

- Case-Status Hearing.  A case-status hearing is set for Tuesday, October 16, 2018, at 1:30 p.m. in Courtroom 3C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.  At that hearing, each party must provide a list of witnesses who will testify at the evidentiary hearing, including a statement of the general subject of their testimony. The list also must include the witnesses' addresses and telephone numbers and must state whether the witnesses require interpreters.  The parties also must state whether the witnesses will testify in person or via video conferencing or telephone. The parties must provide the video conferencing connection information or

telephone numbers that the court will require to contact those witnesses on the date of the evidentiary hearing. If a witness is unavailable, the witness may provide an affidavit sworn under the penalty of perjury. The parties also must be prepared to discuss the documents and other evidence they intend to present at the evidentiary hearing. The parties must provide their own interpreters for this hearing.

- Pre-hearing briefs. By Tuesday, October 16, 2018, the parties must file with the Clerk of Court pre-hearing briefs that explain the issues of fact before the court and the relevance of any evidence in the record, as well as the relevance of the evidence the parties intend to introduce at the evidentiary hearing.

- Evidentiary hearing. An evidentiary hearing is set for Friday, October 19, 2018, at 9:00 a.m. in a courtroom to be determined in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101. The parties must provide their own interpreters for this hearing. The court will provide an interpreter for witnesses.

- Scope of proceedings. As the court stated at the case-management hearing, the court will not determine who, as between petitioner and respondent, is best suited to have custody of Z.F.M.Z. The ultimate issue before the court is to determine the place where custody proceedings should be heard—in Mexico or in the United States. Thus, the parties are advised that the court will hear evidence on the limited issues of petitioner's case in chief for return of Z.F.M.Z. and respondent's defenses to the petition for return, i.e., grave risk of harm.

- Visitation. Pending the conclusion of this case, petitioner Carmen Flores Castro may exercise court-ordered visitation with the child, Z.F.M.Z., every weekend from 9:00 a.m. on Saturdays to 5:00 p.m. on Sundays. Visitation will occur at the home of Z.F.M.Z.'s maternal uncle, Jose Rufo Corona, in Las Vegas, Nevada. Petitioner will arrange transportation for Z.F.M.Z. to and from the visits. Should Z.F.M.Z. wish to return to respondent's custody on Saturday nights, the parties

must make mutually-acceptable arrangements for Z.F.M.Z. to be transported to respondent's residence on Saturday evening and returned to petitioner on Sunday at 9:00 a.m.

IT IS SO ORDERED.


DATED: September 28, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE