# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARMEN FLORES CASTRO, | Case No. 2:18-cv-01739-GMN-CWH |
| Petitioner, | |
| v. | **ORDER** |
| BERTHA HERNANDEZ RENTERIA, | |
| Respondent. | |

This is a case brought under the 1980 Hague Convention on Civil Aspects of International Child Abduction ("Hague Convention"). On September 26, 2018, this court issued an emergency order referring this case to the pro bono program for the appointment of counsel for respondent. (Emergency Order (ECF No. 11).) Attorneys Adam Q. Tully, Evan G. Hall, and Richard Gordon, and Michael Stein entered appearances on behalf of respondent. (Notice of Appearance (ECF Nos. 20, 21, 22); Notice of Association of Counsel (ECF No. 32).) Respondent's counsel was then advised that the court did not conduct a financial screening of respondent, and that if counsel wishes to seek a reimbursement of costs, then respondent must execute a financial affidavit for the court's review. (Mins. of Proceedings (ECF No. 25).) The court was informed by the pro bono liaison that respondent seeks to participate in the pro bono program. The court now reiterates its order, that if respondent's counsel wishes to seek reimbursement of costs, then a financial affidavit must be submitted to the court for review.

IT IS SO ORDERED.

DATED: January 10, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE