Richard Gordon, Esq.
Nevada Bar No. 9036
Evan Hall, Esq.
Nevada Bar No. 14533
Eric Walther, Esq.
Nevada Bar No. 13611
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rgordon@swlaw.com
    eghall@swlaw.com
    ewalther@swlaw.com
*Attorneys for Respondent*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARMEN FLORES CASTRO,<br><br>Petitioner,<br><br>vs.<br><br>BERTHA HERNANDEZ RENTERIA,<br><br>Respondent. | Case No. 2:18-cv-01739-GMN-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION FOR RESPONDENT TO FILE REPLY IN SUPPORT OF OBJECTION TO MAGISTRATE JUDGE HOFFMAN'S NOVEMBER 29, 2018 REPORT AND RECOMMENDATIONS** |

Respondent, Bertha Hernandez Renteria, through her counsel of record, and Petitioner, Carmen Flores Castro, hereby stipulate and agree as follows:

The parties agree that the deadline for Respondent to file her Reply in support of her Objection to Magistrate Judge Hoffman's November 29, 2018 Report and Recommendations (the "Reply") should be extended from Friday January 25, 2019 until **Monday, January 28, 2019**.

This is Respondent's first request for an extension of time for Respondent to file her Reply brief and is not intended to cause any delay or prejudice to any party. This short extension is requested due to a medical emergency involving one of Respondent's counsel which has delayed counsel's ability to file the Reply as anticipated.

///

IT IS SO STIPULATED.

DATED this 25th day of January 2019.                    DATED this 25th day of January 2019.

SNELL & WILMER L.L.P.                                   THE ABRAMS & MAYO LAW FIRM

By: */s/ Richard C. Gordon*                             By: */s/ Vincent Mayo*
Richard C. Gordon, Esq.                                 Vincent Mayo, Esq.
Evan Hall, Esq.                                         3252 South Rainbow Blvd.
Eric Walther, Esq.                                      Suite 100
3883 Howard Hughes Parkway,                             Las Vegas, NV 89118
Suite 1100                                              Telephone: (702) 222-4021
Las Vegas, NV 89169                                     Facsimile: (702) 248-9750
Telephone: (702) 784-5200
Facsimile: (702) 784-5252                               *Attorneys for Petitioner Carmen Flores Castro*

*Attorneys for Respondent Bertha Hernandez Renteria*

## ORDER

IT IS ORDERED THAT Respondent Bertha Hernandez Renteria shall have until **Monday, January 28, 2019** to file her Reply in support of her Objection to Magistrate Judge Hoffman's November 29, 2018 Report and Recommendations.

**IT IS SO ORDERED**.

DATED this __25__ day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 25th day of January 2019, via CM/ECF:

Vincent Mayo, Esq.
**THE ABRAMS & MAYO LAW FIRM**
6252 S. Rainbow Blvd., Ste. 100
Las Vegas, Nevada 89178

*Attorneys for Petitioner*
*Carmen Flores Castro*

By: /s/ Gaylene Kim
An employee of Snell & Wilmer LLP

4828-8422-2342